A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 02, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 18, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER DUROM HIP CUP
PRODUCTS LIABILITY LITIGATION

MDL No. 2158

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On June 9, 2010, the Panel transferred 11 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d (J.P.M.L. 2010). Since that time, 13 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Susan D. Wigenton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wigenton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 9, 2010, and, with the consent of that court, assigned to the Honorable Susan D. Wigenton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 02, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST.
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By _____ 9/10/10
Deputy Clerk

IN RE: ZIMMER DUROM HIP CUP
PRODUCTS LIABILITY LITIGATION

MDL No. 2158

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 10-1520 | Renee Donnelly, et al. v. Zimmer Holdings, Inc., et al. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-5261 | James Cabral v. Zimmer Holdings, Inc., et al. |
| CAC | 2 | 10-5320 | Tony Covarrubias, et al. v. Zimmer Holdings, Inc., et al. |
| CAC | 2 | 10-5403 | Kimo Leopoldo v. Zimmer, Inc., et al. |
| CAC | 5 | 10-1031 | Antonio Farias v. Zimmer, Inc. |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 10-1293 | John P. Hernandez, et al. v. Zimmer Holdings, Inc., et al. |
| **COLORADO** | | | |
| CO | 1 | 10-1542 | Pearl Weingart v. Zimmer, Inc. |
| **CONNECTICUT** | | | |
| CT | 3 | 10-1129 | William Kokoszka, et al. v. Zimmer Holdings, Inc., et al. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 10-12581 | Roger Reitenga v. Zimmer US, Inc., et al. |
| MIE | 2 | 10-12588 | Franklin Bracken v. Zimmer US, Inc., et al. |
| **OHIO SOUTHERN** | | | |
| OHS | 2 | 10-647 | Karen Hoggarth, et al. v. Zimmer Holdings, Inc., et al. |
| **OREGON** | | | |
| OR | 6 | 10-6166 | Steven Andrus v. Zimmer US, Inc., et al. |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 10-2240 | Robert M. Thompson, et al. v. Zimmer, Inc., et al. |